**LAW OFFICES OF JOHN D. MOORE, P. A.**
301 Highland Park Cove, Suite B
Post Office Box 3344
Ridgeland, MS 39158-3344
Tele: (601) 853-9131
Fax: (601) 853-9139

Page: 1
Pradeep Rai                                                                 12/30/2015
Sandeep Rai                                                Account No:      81-00
Sandhya Rai Weldon                                         Statement No:    418

VCR I, LLC

Statement

Description

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 07/08/2013 | JDM | Receive and review email from Raj Rai re: bankruptcy case. | 300.00 | 0.20 | 60.00 |
|  | KPG | Draft email to Raj Rai re: scheduling meeting with John Moore to discuss case. | 95.00 | 0.20 | 19.00 |
| 07/09/2013 | JDM | Meeting with Raj Rai to discuss bankruptcy issues. | 300.00 | 1.00 | 300.00 |
| 07/17/2013 | JDM | Email to client re: contract and wiring instructions. | 300.00 | 0.20 | 60.00 |
| 08/20/2013 | JDM | Several email exchanges with client re: Motion to Convert case to Chapter 7 and Application for Compensation filed by Robert McRaney; telephone conference with client. | 300.00 | 0.70 | 210.00 |
| 08/22/2013 | JDM | Receive and review email from client re: issues with wire; responsive email to client re: same; telephone conference with client. | 300.00 | 0.50 | 150.00 |
| 08/23/2013 | JDM | Telephone conference with client. | 300.00 | 0.20 | 60.00 |
| 08/27/2013 | JDM | Receive, review and respond to email from client re: wire transfer. | 300.00 | 0.30 | 90.00 |
| 09/04/2013 | JDM | Telephone conference with client. | 300.00 | 0.20 | 60.00 |
| 09/11/2013 | JDM | Receive, review and respond to email from client re: binder. | 300.00 | 0.30 | 90.00 |
| 09/12/2013 | JDM | Multiple email exchanges with client re: status of Chapter 11 case; telephone conference with client. | 300.00 | 0.80 | 240.00 |
| 09/13/2013 | KPG | Draft and file Notice of Appearance; receive telephone call from Bankruptcy Court Case Administrator re: Robert |  |  |  |

Pradeep Rai

VCR I, LLC

Page: 2
12/30/2015
Account No:      81-00
Statement No:      418

| Date | | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| | | McRaney withdrawing from case; email to JDM re: same. | 95.00 | 0.80 | 76.00 |
| | JDM | Review Notice of Appearance; receive and review email from Keisha Brown re: Appearance of Counsel filed and McRaney withdrawing from case. | 300.00 | 0.50 | 150.00 |
| 09/16/2013 | JDM | Receive and review email from client forwarding Dropbox files; receive and review Adversary Proceeding by Major Bennet Walker Reid, Jr.; telephone conference with client re: same. | 300.00 | 1.80 | 540.00 |
| 09/17/2013 | JDM | Telephone conference with client re: case issues; multiple text message exchanges with client. | 300.00 | 0.50 | 150.00 |
| 09/18/2013 | JDM | Receive and review Notice of Trial Setting re: Motion to Convert Case to Chapter 7; receive and review email from Jarret Nichols re: Affidavit of Debts, Plat, and Title Commitment. | 300.00 | 0.80 | 240.00 |
| 09/19/2013 | JDM | Receive and review email from client re: case issues. | 300.00 | 0.30 | 90.00 |
| 09/25/2013 | JDM | Receive and review email from Jarret Nichols re: VCR I documents and status of motion; receive and review Motion for Relief from Automatic Stay filed by MS Transportation Commission. | 300.00 | 0.70 | 210.00 |
| 09/27/2013 | JDM | Receive, review and respond to email from Wendy Sneed re: meeting with Steven Smith on October 2, 2013; receive and review email from Jarret Nichols re: VCR documents. | 300.00 | 0.50 | 150.00 |
| 09/30/2013 | JDM | Several email exchanges with Wendy Sneed re: meeting with Steve Smith; receive and review Agreed Order re: Motion to Dismiss; forward same to client; receive and review email from client re: same; receive and review email from Jarret Nichols re: documents needed; forward same to client for review; receive and review Motion for Relief from Stay filed by MS Transportation Commission. | 300.00 | 1.10 | 330.00 |
| 10/01/2013 | JDM | Receive and review email from client re: Agreed Order from Steve Smith; | 300.00 | 0.20 | 60.00 |
| 10/02/2013 | JDM | Office meeting with Steve Smith and Alan Purdie re: case issues; telephone conference with client re: meeting. | 300.00 | 1.70 | 510.00 |
| 10/08/2013 | JDM | Receive and review emails from Steve Helm and client re: telephone conference. | 300.00 | 0.20 | 60.00 |
| 10/09/2013 | JDM | Receive and review multiple emails from Steve Helm re: | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| Pradeep Rai | | Page: | | 3 |
| | | | | 12/30/2015 |
| | | Account No: | | 81-00 |
| VCR I, LLC | | Statement No: | | 418 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | VCR Authority Issues to Discuss at conference call; | 300.00 | 0.50 | 150.00 |
| 10/10/2013 | JDM | Receive, review and respond to email from client re: telephone conference with Steve Helm; receive and review email from Helm. | 300.00 | 0.40 | 120.00 |
| 10/11/2013 | JDM | Receive and review multiple emails from Steve Helm re: conference call discussion; tlephone conference with client, Steve Helm and Steve Smith re: case issues. | 300.00 | 1.20 | 360.00 |
| 10/15/2013 | JDM | Telephone conference with Jarret Nichols re: case issues; email exchange with client re: setting up bank account; receive, review and respond to email from Nichols re: filing motion; forward same to client; receive, review and respond to email from client re: issues with motion to convert. | 300.00 | 1.00 | 300.00 |
| 10/16/2013 | JDM | Telephone conference with client re: case issues; telephone conference with Steve Smith re: issues; receive, review and respond to email from Jarret Nichols re: motion to convert; receive, review and respond to email from Steve Smith re: motion; review, revise and file Response to Motion to Convert; email exchange with Nichols re: issues with motion; telephone conference with Robert McRaney re: withdrawing from case; review and finalize Agreed Order Withdrawing as Counsel; email to Ron McAlpin re: DIP account and quarterly fees; | 300.00 | 2.50 | 750.00 |
| | KPG | Draft Response to Motion to Convert and Agreed Order Substituting Counsel; email to Judge Ellington forwarding Agreed Order. | 95.00 | 1.00 | 95.00 |
| 10/17/2013 | JDM | Telephone conference with client re: case issues. | 300.00 | 0.20 | 60.00 |
| | JDM | Receive and review email from client re: May, June, July and August Monthly Operating Reports;  receive and review email from client re: accomplishments by VCR I, LLC; receive and review email from Jarret Nichols re: survey information; email to Steven Smith forwarding Affidavit of Debts, Plats and Title Commitment; receive and review ECF case filings; receive and review email from Ron McAlpin re: Order Granting Second Motion to Convert; forward same to client for review; | 300.00 | 2.80 | 840.00 |
| | KPG | Receive, review, organize, redact and file May, June, July and August Monthly Operating Reports. | 95.00 | 1.90 | 180.00 |
| 10/18/2013 | JDM | Receive and review ECF case filings; email to Ron McAlpin forwarding signed Order to Convert; draft email | | | |

Pradeep Rai

VCR I, LLC

Page: 4
12/30/2015
Account No:    81-00
Statement No:    418

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | to client forwarding Order of Conversion filed with Court and requirements for Chapter 7; receive and review responsive email from client re: same; | 300.00 | 0.90 | 270.00 |
| 10/21/2013 | JDM | Telephone conference with client re: case issues; receive and review email from Steve Helm to Pradeep Rai re: VCR property and case status; receive and review Notice of Meeting of Creditors | 300.00 | 0.60 | 180.00 |
| 10/22/2013 | JDM | Receive, review and respond to email from Derek Henderson re: status of money in DIP account; email to client re: same; receive and review several emails from client re: status of funds and possible settlement with MDOT. | 300.00 | 0.70 | 210.00 |
| 10/23/2013 | JDM | Telephone conference with client re: case issues; receive, review and respond to text message from client; receive and review email from client re: VCR Chapter 7 Follow Up and Update correspondence to Steve Helm; receive and review ECF case filings; | 300.00 | 0.90 | 270.00 |
| 10/24/2013 | JDM | Receive and review multiple text messages from client; receive, review and respond to email from Alan Purdie re: Agreed Order Lifting Stay; receive and review email from Ron McAlpin re: same; receive and review ECF case filings; | 300.00 | 0.70 | 210.00 |
| 10/25/2013 | JDM | Receive and review email from Alan Purdie re: Agreed Order; receive and review email from Melissa Rasmussen re: Order Granting Motion to Extend Time to File Answer; review and revise order and forward same to Ramussen; receive and review email from client re: VCR Authority Issues; multiple email exchanges with client, Dr. Rai, Derek Henderson and Steven Smith re: Adversary Proceeding, DIP Account, and Authority Issues; receive and review ECF filings; | 300.00 | 2.30 | 690.00 |
| 10/28/2013 | JDM | Receive, review and respond to multiple text messages from client; telephone conference with client re: case issues; receive and review email from client re: VCR Authority Issues; receive and review multiple email exchanges with Doug Noble and Pradeep Rai re: Adversary Proceeding and representation; receive and review email from Steve Helm re: meeting; email exchange with client re: status of funds in DIP account; receive and review email from Derek Henderson re: funds; forward same to client; office meeting with Derek Henderson and Steven Smith. | 300.00 | 4.70 | 1,410.00 |

|  |  |  | Page: 5 |
|---|---|---|---|
| Pradeep Rai |  |  | 12/30/2015 |
|  |  | Account No: | 81-00 |
|  |  | Statement No: | 418 |
| VCR I, LLC |  |  |  |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 10/29/2013 | JDM | Receive and review email from Steve Helm to Pradeep Rai re: MTC v VCR I; receive and review email from Derek Henderson re: same; receive and review case filings. | 300.00 | 0.40 | 120.00 |
| 10/30/2013 | JDM | Receive and review case filings; email exchange with Steve Smith re: VCR corporate documents; | 300.00 | 0.40 | 120.00 |
| 10/31/2013 | JDM | Receive and review email from Doug Noble to Pradeep Rai; receive and review Motion to Turnover Property; email to client and Pradeep Rai re: motion and possible sanctions; receive, review and respond to email from Pradeep Rai re: representation by Golan and Christie; | 300.00 | 0.80 | 240.00 |
| 11/01/2013 | JDM | Receive, review and respond to several emails from Raj Rai re: amended monthly operating reports; receive and review Order of Conversion and forward same to client; receive and review ECF case filings; receive, review and respond to email from Caren Lederer re: case; email to Lederer forwarding Motion to Reject Employment, Motion to Turnover Property and Notices of Hearing re: same; ; telephone conference with Lederer re: case; | 300.00 | 1.30 | 390.00 |
| 11/04/2013 | JDM | Draft email to Caren Lederer and client forwarding 341 Notice and re: status of funds transferred. | 300.00 | 0.20 | 60.00 |
| 11/05/2013 | JDM | Receive, review and respond to several emails from Caren Lederer re: missing bank statements, bank account information and monthly operating reports in preparation for 341 meeting. | 300.00 | 0.50 | 150.00 |
| 11/07/2013 | JDM | Receive, review and respond to multiple emails from Jarret Nichols and Derek Henderson re: status of Motion to Sell Property and Adversary Proceeding request for status conference; receive and review email from Kimber McDowell re: status conference scheduled; receive and review ECF case filings; receive, review and respond to emails from Caren Lederer re: documents and records of VCR and status of funds | 300.00 | 1.10 | 330.00 |
| 11/08/2013 | JDM | Receive, review and respond to multiple emails from Caren Lederer re: bank records and account documents; review documents and bank records; responsive email to Lederer re: same; telephone call and message to Lederer re: case. | 300.00 | 0.70 | 210.00 |
|  | KPG | Prepare hearing notebook for JDM for Status Conference and Motion to Turnover Property. | 95.00 | 1.40 | 133.00 |

Pradeep Rai

VCR I, LLC

Page: 6
12/30/2015
Account No:    81-00
Statement No:    418

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 11/11/2013 | JDM | Receive and review multiple emails from Caren Lederer forwarding fax from Raj Rai re: bank account ledger; multiple responsive emails to Lederer forwarding August 2013 MOR and account questions re: same; review Monthly Operating Reports filed and banking account information; telephone conference with Pradeep Rai and Lederer re: case issues; | 300.00 | 1.60 | 480.00 |
| 11/12/2013 | JDM | Prepare for and attend status conference and hearing on Motion to Turnover Property; telephone conference with client re: case issues; draft email to Frank Trapp forwarding August 2013 MOR; draft email to Caren Lederer forwarding Transaction Detail Reports for the Operating Account and MMA Account and cleared checks from Operating Account; | 300.00 | 3.90 | 1,170.00 |
| 11/13/2013 | JDM | Prepare for and attend 341 Meeting; receive and review ECF case filings. | 300.00 | 1.80 | 540.00 |
| 11/14/2013 | JDM | Receive and review ECF case filings; receive, review and respond to several emails from Caren Laderer re: 341 Meeting and AP status; | 300.00 | 0.40 | 120.00 |
| 11/21/2013 | JDM | Receive and review ECF case filings. | 300.00 | 0.20 | 60.00 |
| 11/22/2013 | JDM | Receive and review ECF case filings; receive, review and respond to email from Caren Laderer re: MI cases; | 300.00 | 0.50 | 150.00 |
| 12/11/2013 | JDM | Receive and review emails from Kristi Johnson, Doug Noble, Derek Henderson and Caren Laderer re: Answer deadlines and motions to withdraw from AP. | 300.00 | 0.40 | 120.00 |
| 12/12/2013 | JDM | Receive and review ECF filings; receive and review email from Caren Lederer re: Derek Henderson and Chiman Rai. | 300.00 | 0.30 | 90.00 |
| 12/13/2013 | JDM | Receive and review ECF case filings in AP case. | 300.00 | 0.20 | 60.00 |
| 12/16/2013 | JDM | Receive and review  ECF case filings in AP case. | 300.00 | 0.30 | 90.00 |
| 12/20/2013 | JDM | Receive and review ECF case filings. | 300.00 | 0.20 | 60.00 |
| 12/26/2013 | JDM | Receive and review ECF case filings. | 300.00 | 0.20 | 60.00 |
| 01/03/2014 | JDM | Receive and review ECF case filings. | 300.00 | 0.20 | 60.00 |
| 01/07/2014 | JDM | Receive and review ECF case filings. | 300.00 | 0.20 | 60.00 |
| 01/17/2014 | JDM | Receive and review Motion to Compel Compliance with | | | |

Pradeep Rai

VCR I, LLC

Page: 7
12/30/2015
Account No: 81-00
Statement No: 418

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | Agreed Order. | 300.00 | 0.20 | 60.00 |
| 01/21/2014 | JDM | Receive and review case filings; receive and review email from Beverly Pritchard, Derek Henderson and Ron McAlpin re: hearing on Motion to Compel; responsive email re: same; | 300.00 | 0.50 | 150.00 |
| 01/22/2014 | JDM | Receive and review email from Derek Henderson re: hearing on Motion to Compel; receive and review ECF case filings. | 300.00 | 0.40 | 120.00 |
| 01/27/2014 | JDM | Receive and review Response to Motion to Compel filed by Derek Henderson. | 300.00 | 0.30 | 90.00 |
| 01/31/2014 | JDM | Review and file Joinder to Response to Motion to Compel. | 300.00 | 0.50 | 150.00 |
| | KPG | Draft Joinder to Derek Henderson's Response to Motion to Compel. | 95.00 | 1.00 | 95.00 |
| 02/04/2014 | JDM | Receive and review ECF case filings. | 300.00 | 0.40 | 120.00 |
| 02/05/2014 | JDM | Receive and review ECF case filings. | 300.00 | 0.20 | 60.00 |
| 02/11/2014 | JDM | Receive and review ECF case filings. | 300.00 | 0.20 | 60.00 |
| | JDM | Legal research re: motion to dismiss; draft motion to Dismiss and Memorandum in Support of Motion to Dismiss in Reid v Rai case. | 300.00 | 5.30 | 1,590.00 |
| 02/12/2014 | JDM | Legal research re: motion to dismiss; work on and file motion to Dismiss and Memorandum in Support of Motion to Dismiss in Reid v Rai case. | 300.00 | 6.00 | 1,800.00 |
| 03/03/2014 | JDM | Receive and review letter from Craig Geno re: Motion to Compel by Gluckstadt Holdings; email to client forwarding same. | 300.00 | 0.40 | 120.00 |
| 03/04/2014 | JDM | Receive and review email from court reporter, Jim Bowen, re: hearing transcript on settlement; email to client re: same. | 300.00 | 0.50 | 150.00 |
| 03/05/2014 | JDM | Receive and review email from Derek Henderson re: sale not being approved; email to Henderson re: same. | 300.00 | 0.30 | 90.00 |
| 03/28/2014 | JDM | Receive and review ECF filings. | 300.00 | 0.20 | 60.00 |
| 04/02/2014 | JDM | Email to client re: Reply Brief due in Federal Court and employment contract. | 300.00 | 0.30 | 90.00 |

Pradeep Rai

VCR I, LLC

Page: 8
12/30/2015
Account No: 81-00
Statement No: 418

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 04/07/2014 | JDM | Draft and file Motion to Withdraw as Counsel in Federal Court case; receive and review email from Beverly Pritchard re: discovery reqeusts. | 300.00 | 0.60 | 180.00 |
| 04/13/2014 | JDM | Emails to client re: Motion to Withdraw as Counsel and forwarding discovery requests. | 300.00 | 0.50 | 150.00 |
| 04/14/2014 | JDM | Draft and file Motion to Withdraw as Counsel in bankruptcy case. | 300.00 | 0.50 | 150.00 |
| | | For Current Services Rendered | | 71.50 | 20,158.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| John D. Moore | 65.20 | $300.00 | $19,560.00 |
| Kimberly P. Grant | 6.30 | 94.92 | 598.00 |

Total Current Work        20,158.00

Payments

07/18/2013    Payment                                            -10,000.00

Balance Due                                                      $10,158.00

Draft Statement Run Totals 12/30/2015

Statements Printed: 1
Hours: 71.50
Fees: 20,158.00